**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| XYZ CORPORATION,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:25-CV-00844<br><br>JUDGE MATTHEW F. KENNELLY<br><br>MAGISTRATE JUDGE M. DAVID WEISMAN |

## PLAINTIFF'S MOTION FOR ELECTRONIC SERVICE OF PROCESS

Plaintiff, ("Plaintiff"), seeks this Court's authorization to effectuate service of process by email and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq.*; and the Federal Copyright Act, 17 U.S.C. § 501(a). Plaintiff's Memorandum of Law in Support of this Motion has been concurrently filed.

Dated: February 24, 2025

Respectfully submitted,

*/s/ Gouthami V. Tufts*
Ann Marie Sullivan
Alison K. Carter
Gouthami V. Tufts
John J. Mariane

**SULLIVAN & CARTER, LLP**
111 W Jackson Blvd Ste 1700
Chicago, Illinois 60604
www.scip.law
929-724-7529
g.tufts@scip.law

***ATTORNEYS FOR PLAINTIFF***