## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

XYZ Corporation

                Plaintiff,

v.

                Case No.: 1:25–cv–00844

                Honorable Matthew F. Kennelly

The Partnerships Identified on Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2025:

     MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for electronic service of process [20] is granted in part. Email service PLUS a link to the relevant documents on a website is sufficient. Simply posting an electronic link without concurrent email service is insufficient. Plaintiff's ex parte motion for entry of a temporary restraining order (etc.) [18] is also granted. Enter Sealed Ex Parte Temporary Restraining Order. Telephonic preliminary injunction hearing is set for 3/12/2025 at 8:55 AM. The following call–in number will be used for the hearing: 650–479–3207; access code 2305–915–8729. Motion for preliminary injunction or motion to extend TRO is due by 3/7/2025. Any motion for preliminary injunction filed in this case must be accompanied by a certificate stating upon whom and how the motion has been served. Plaintiff is also advised that the Court will not enter a preliminary injunction unless summons is electronically served long enough before the preliminary injunction hearing to give the defendants fair notice of the lawsuit. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.