IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| XYZ<br><br>    Plaintiff,<br><br>        v.<br><br>HB Feeder LLC et al<br><br>    Defendants. | Case No. 1:25-cv-00844<br><br>Honorable Matthew F Kennelly |

**MOTION FOR EXTENSION OF TIME**

Defendant "**ROYALITA Direct**", by and through its undersigned counsel, respectfully requests an extension of time to respond to Plaintiff's Complaint.

In support, Defendant states as follows:

1. Plaintiff filed the Complaint on January 24, 2025.

2. Based on the ostensible service date of the Summons, the original due date for Defendant to answer or otherwise respond to the Complaint was **April 9, 2025.**

3. The undersigned attorney was recently retained by the Defendant, which is based outside US.

4. Defendant has been negotiating with Plaintiff for a settlement, but needs additional time for further negotiations and/or respond to Plaintiff's Complaint.

5. This Court may, for good cause, extend the time by which a Defendant's response is due. Good cause exists in this case.

6. Defendant respectfully requests this Court extend the date for the Defendant to file answer and/or other response(s) to Plaintiff's Complaint, if ultimately necessary, to **May 6, 2025**.

7. No previous request for extension of time for the Defendant was made.

8. The undersigned has repeatedly reached out to Plaintiff's counsel requesting the extension, but has not received a response from Plaintiff's counsel.

WHEREFORE, Defendant respectfully prays that this Court enter an order extending Defendant's due date to answer and otherwise respond to Plaintiff's Complaint to **May 6, 2025**.

Dated: April 18, 2025

By: /s/ Yong Chen
Yong Chen
Attorney for Defendant
14 Penn Plaza, Ste 2020
New York, NY 10122
212.547.6694
Email: ychen@ambizlaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **Motion for Extension of Time** was served upon on all counsel of record electronically through CM/ECF on April 18, 2025.

/s/ *Yong Chen*